IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| GERONIMO RODRIGUEZ §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>HOAR CONSTRUCTION, LLC AND §<br>BRADLEY BARR §<br>§<br>Defendants. § | CIVIL ACTION NO. _____<br><br>NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(a) |

**Exhibit A**

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit A** | Index of Exhibits |
| **Exhibit B** | Docket Sheet |
| **Exhibit C** | Plaintiff's Original Petition |
| **Exhibit D** | List of Parties and Counsel |